JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK Z.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>                    Defendant. | Case No. 2:19-cv-08970-KES<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: June 23, 2020

_____
KAREN E. SCOTT
United States Magistrate Judge